**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13** |
| **William Hawthorne** | : | |
| **Danielle Hawthorne** | : | **Bky. No. 12-14544 -ELF** |
| | : | |
| **Debtor** | : | |
| | : | |

# O R D E R

AND NOW, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Proof of Claim filed by **Citizens Automobile Finance Inc.**;

AND, the Court concluding that the subject Docket Entry (including attachments) **(Docket Entry No. 55)** fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Docket Entry No. 55 forthwith**.

3. **Citizens Automobile Finance Inc.** shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before    April 7, 2017** .

Date: 3/24/17

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE