United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                             Case No. 12-14544-elf
William Hawthorne                                                  Chapter 13
Danielle Hawthorne
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Antoinett           Page 1 of 1           Date Rcvd: Mar 24, 2017
                             Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 26, 2017.
db/jdb         +William Hawthorne,    Danielle Hawthorne,    1408 Kummerer Road,    Pottstown, PA 19464-1752

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 24, 2017 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    Bank of America, NA sbm to BAC Home Loans Servicing LP
               fka Countrywide Home Loans Inc. ecfmail@mwc-law.com,  ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Bank of America, NA sbm to BAC Home Loans
               Servicing LP fka Countrywide Home Loans Inc. ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com
              JOSHUA ISAAC GOLDMAN    on behalf of Defendant    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KERI P EBECK    on behalf of Creditor    Citizens Auto Finance kebeck@weltman.com,
               jbluemle@weltman.com
              KEVIN T MCQUAIL    on behalf of Creditor    Bank of America, NA sbm to BAC Home Loans Servicing LP
               fka Countrywide Home Loans Inc. ecfmail@mwc-law.com
              STEPHEN J ROSS    on behalf of Plaintiff Danielle   Hawthorne CourtNotices@SJR-Law.com
              STEPHEN J ROSS    on behalf of Plaintiff William   Hawthorne CourtNotices@SJR-Law.com
              STEPHEN J ROSS    on behalf of Debtor William   Hawthorne CourtNotices@SJR-Law.com
              STEPHEN J ROSS    on behalf of Joint Debtor Danielle   Hawthorne CourtNotices@SJR-Law.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS R. WASKOM    on behalf of Creditor    Citizens Auto Finance kbell@hunton.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 15

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| **William Hawthorne** | : | |
| **Danielle Hawthorne** | : | Bky. No. 12-14544 -ELF |
| | : | |
| **Debtor** | : | |
| | : | |

# O R D E R

AND NOW, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Proof of Claim filed by **Citizens Automobile Finance Inc.**;

AND, the Court concluding that the subject Docket Entry (including attachments) **(Docket Entry No. 55)** fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Docket Entry No. 55 forthwith**.

3. **Citizens Automobile Finance Inc.** shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** __April 7, 2017__.

Date: 3/24/17

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE