United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-14544-elf
William Hawthorne                                                       Chapter 13
Danielle Hawthorne
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 2              Date Rcvd: Sep 08, 2017
                              Form ID: 138NEW             Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2017.
```
db/jdb         +William Hawthorne,    Danielle Hawthorne,    1408 Kummerer Road,    Pottstown, PA 19464-1752
cr             +BANK OF AMERICA, N.A.,    McCabe, Weisberg & Conway, P.C.,    123 South Broad Street,
                 Suite 1400,    Philadelphia, PA 19109-1060
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC.,     PO Box 630267,    Irving, TX  75063)
12789296       +AES/PHEAA,    PO BOX 8183,    HARRISBURG, PA 17105-8183
12836678       +AES/PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
12752254       +Aes/pheaa-keycon,    1200 N 7th St,    Harrisburg, PA 17102-1419
12752255       +Aes/pnc Natl City,    Pob 2461,    Harrisburg, PA 17105-2461
12752256      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Po Box 982238,    El Paso, TX 79998)
12752257       +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
12888024        Bank of America, N.A.,    P.O. Box 60933,    Dallas, Texas 75266-0933
12752258       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
12752259       +Chase Manhattan Mortgage,    Attn; Bankruptcy Dept,    Po Box 24696,    Columbus, OH 43224-0696
12922289       +Chase Records Center,    Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
                 Monroe, LA 71203-4774
12752260       +Chela/Sallie Mae,    Attn: Claims Department,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
12752261       +Citibank Sd, NA,    PO Box 6500,    Sioux Falls, SD 57117-6500
12756578       +Citizens Auto Finance,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
12752262       +Citizens Bank,    Attn: Bankruptcy Department,    480 Jefferson Blvd Ms: Rje-135,
                 Warwick, RI 02886-1359
12922288        Department of Education,    FedLoan Servicing,    P.O. Box 530210,    Atlanta GA 30353-0210
12926478        ECMC,    P.O. BOX 75906,    ST PAUL, MN 55175
12752264       +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
12759004       +JP Morgan Chase Bank,    c/oJoshua I. Goldman, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
12921886       +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7133,    Columbus, OH 43219-6009
12832777       +Law Office of Stephen Ross, P.C.,    152 E. High St., Suite 100,    Pottstown, PA 19464-5480
12906254        Main Street Acquisition Corp., assignee,     of CHASE BANK USA, N. A.,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
12752266       +Wfs Financial/Wachovia Dealer Services,    Po Box 3569,    Rancho Cucamonga, CA 91729-3569
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Sep 09 2017 02:33:10      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 09 2017 02:31:56      Pennsylvania Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 09 2017 02:32:44      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12796787       +E-mail/Text: bncmail@w-legal.com Sep 09 2017 02:32:27      BACK BOWL I LLC, SERIES C,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12762252        E-mail/Text: mrdiscen@discover.com Sep 09 2017 02:31:14      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
12752263       +E-mail/Text: mrdiscen@discover.com Sep 09 2017 02:31:14      Discover Fin,
                 Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
12857877       +E-mail/Text: bncmail@w-legal.com Sep 09 2017 02:32:30      Oak Harbor Capital VI, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
12752265       +E-mail/Text: bankruptcynotices@psecu.com Sep 09 2017 02:33:39      P S E C U,
                 Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
12780045        E-mail/Text: bankruptcynotices@psecu.com Sep 09 2017 02:33:39      PSECU,    PO Box 67013,
                 Harrisburg, PA 17106-7013
12788502       +E-mail/PDF: pa_dc_claims@navient.com Sep 09 2017 02:36:52      Sallie Mae Trust,
                 c/o Sallie Mae Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +AES/PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
cr*             ECMC,    P.O. Box 75906,    St. Paul, MN  55175
cr*           ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    P.O. Box 619096,
                 Dallas, TX  75261-9741)
cr*            +Oak Harbor Capital VI, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
12780313*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: FIA CARD SERVICES, N.A.,     PO Box 15102,
                 Wilmington, DE 19886-5102)
13154646*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
```

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                  Date Rcvd: Sep 08, 2017
                              Form ID: 138NEW             Total Noticed: 35

              ***** BYPASSED RECIPIENTS (continued) *****
13504589*       ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                  (address filed with court:  Nationstar Mortgage, LLC,    P.O. Box 619096,
                    Dallas, TX  75261-9741)
                                                                                           TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2017 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    Bank of America, NA sbm to BAC Home Loans Servicing LP
               fka Countrywide Home Loans Inc. ecfmail@mwc-law.com,   ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN     on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN     on behalf of Creditor    Bank of America, NA sbm to BAC Home Loans
               Servicing LP fka Countrywide Home Loans Inc. ecfmail@mwc-law.com
              JOSEPH L QUINN    on behalf of Joint Debtor Danielle    Hawthorne CourtNotices@sjr-law.com
              JOSEPH L QUINN    on behalf of Debtor William    Hawthorne CourtNotices@sjr-law.com
              JOSHUA ISAAC GOLDMAN     on behalf of Creditor     JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN     on behalf of Defendant     JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KERI P EBECK    on behalf of Creditor    Citizens Auto Finance kebeck@weltman.com,
               jbluemle@weltman.com
              KEVIN T MCQUAIL     on behalf of Creditor    Bank of America, NA sbm to BAC Home Loans Servicing LP
               fka Countrywide Home Loans Inc. ecfmail@mwc-law.com
              STEPHEN J ROSS    on behalf of Joint Debtor Danielle    Hawthorne CourtNotices@SJR-Law.com
              STEPHEN J ROSS    on behalf of Plaintiff Danielle    Hawthorne CourtNotices@SJR-Law.com
              STEPHEN J ROSS    on behalf of Plaintiff William    Hawthorne CourtNotices@SJR-Law.com
              STEPHEN J ROSS    on behalf of Debtor William    Hawthorne CourtNotices@SJR-Law.com
              THOMAS I. PULEO    on behalf of Creditor     JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS R. WASKOM     on behalf of Creditor    Citizens Auto Finance kbell@hunton.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                 TOTAL: 17
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: William Hawthorne and Danielle Hawthorne

    Debtor(s)

Bankruptcy No: 12−14544−elf

Chapter: 13

___

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 9/8/17

88 − 87
Form 138_new