United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
William Hawthorne
Danielle Hawthorne
    Debtors

Case No. 12-14544-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: ChrissyW   Page 1 of 1   Date Rcvd: Oct 16, 2017
                  Form ID: 195   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2017.
db/jdb         +William Hawthorne,    Danielle Hawthorne,    1408 Kummerer Road,    Pottstown, PA 19464-1752

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2017 at the address(es) listed below:
      ANN E. SWARTZ    on behalf of Creditor    Bank of America, NA sbm to BAC Home Loans Servicing LP
     fka Countrywide Home Loans Inc. ecfmail@mwc-law.com, ecfmail@mwc-law.com
      CELINE P. DERKRIKORIAN    on behalf of Creditor    Bank of America, NA sbm to BAC Home Loans
     Servicing LP fka Countrywide Home Loans Inc. ecfmail@mwc-law.com
      CELINE P. DERKRIKORIAN    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com
      JOSEPH L QUINN    on behalf of Debtor William  Hawthorne CourtNotices@sjr-law.com
      JOSEPH L QUINN    on behalf of Joint Debtor Danielle  Hawthorne CourtNotices@sjr-law.com
      JOSHUA ISAAC GOLDMAN    on behalf of Defendant    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
     bkgroup@kmllawgroup.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
     bkgroup@kmllawgroup.com
      KERI P EBECK    on behalf of Creditor    Citizens Auto Finance kebeck@weltman.com,
     jbluemle@weltman.com
      KEVIN T MCQUAIL    on behalf of Creditor    Bank of America, NA sbm to BAC Home Loans Servicing LP
     fka Countrywide Home Loans Inc. ecfmail@mwc-law.com
      STEPHEN J ROSS    on behalf of Plaintiff Danielle  Hawthorne CourtNotices@SJR-Law.com
      STEPHEN J ROSS    on behalf of Plaintiff William  Hawthorne CourtNotices@SJR-Law.com
      STEPHEN J ROSS    on behalf of Debtor William  Hawthorne CourtNotices@SJR-Law.com
      STEPHEN J ROSS    on behalf of Joint Debtor Danielle  Hawthorne CourtNotices@SJR-Law.com
      THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
     bkgroup@kmllawgroup.com
      THOMAS R. WASKOM    on behalf of Creditor    Citizens Auto Finance kbell@hunton.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                 TOTAL: 17

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 13

William Hawthorne and Danielle Hawthorne                              : Case No. 12–14544–elf
    Debtor(s)

### *ORDER*
_____

    AND NOW, this day , October 16,2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Chief Judge , United States Bankruptcy Court

92
Form 195